UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL DENEEN, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF YINGYING ZHANG, DECEASED, <br><br> *Plaintiff*, <br><br> v. <br><br> THOMAS G. MIEBACH, JENNIFER R. MAUPIN, and BRENDT A. CHRISTENSEN, <br><br> *Defendants*. | Case No. 2:19-cv-2149-CSB-EIL |

**DEFENDANTS THOMAS G. MIEBACH AND JENNIFER R. MAUPIN'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Thomas G. Miebach and Jennifer R. Maupin (collectively, the "Defendant Social Workers"), through their counsel, hereby move to dismiss the complaint filed by Plaintiff Daniel Deneen, as the Independent Administrator of the Estate of Yingying Zhang, Deceased (the "Estate"), pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for dismissal are set forth in the Memorandum of Law that the Defendant Social Workers have filed contemporaneously with this motion. The Defendant Social Workers request that this Court set this matter for oral argument and schedule a hearing shortly after the Motion to Dismiss is fully briefed.

WHEREFORE, the Defendant Social Workers respectfully request that this Court grant their Motion to Dismiss in its entirety, and afford such other relief that the Court believes is proper and just.

Dated: August 19, 2019 Respectfully submitted,

GREENBERG TAURIG, LLP

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
John F. Gibbons*
Tiffany S. Fordyce*
Thomas J. Sotos*
Scott Dorsett*
* application for admission forthcoming
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400

*Attorneys for Defendants Thomas G. Miebach and Jennifer R. Maupin*

## CERTIFICATE OF SERVICE

The undersigned certifies that **DEFENDANTS THOMAS G. MIEBACH AND JENNIFER R. MAUPIN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was served via this Court's ECF system on this 19th day of August, 2019 on the following counsel of record:

James C. Pullos
Clifford Law Offices, P.C.
120 N LaSalle St., Suite 3100
Chicago, IL 60602

                                                By:    */s/ Gregory E. Ostfeld*
                                                        Gregory E. Ostfeld