# EXHIBIT A

## THOMAS G. MIEBACH'S MARCH 30, 2017 ASSESSMENT NOTES

## University of Illinois Counseling Center
Note

| | |
|---|---|
| **Name:** Brendt A Christensen | **ID:** 674041719/44301 |
| **Type:** Initial Consultation | |
| **Counselor:** Miebach, Tom | **Date and time:** 03/30/2017 11:30 AM |

**Narrative:**

Client was referred to this writer by Jennifer Maupin, LCSW and Kurt Hegeman, LCPC, after consulting about the case with doctoral intern Carin Molenaar, who met with this client for IA last week (please see client file for more details). Client was scheduled to meet with Jennifer Maupin for an AOD assessment; however, due to the client's admission of suicidal and homicidal ideation, it was determined that this writer would meet with the client for more in-depth risk assessment and potential follow-up.

Client agreed to meet with this writer and was brought to this writer's office after meeting with Jennifer Maupin. Client presented as well-groomed and casually-dressed. His mood was euthymic with blunted affect. He was fully oriented, evidencing no psychosis. He did not exhibit any speech nor psychomotor abnormalities. He was guarded with invasive eye contact at times. However, he appeared forthright and credible, appropriately engaging with this writer.

Client expressed that his primary concern is to abstain from alcohol and drug abuse in order to repair his marriage. Client stated that he has not drank for a little over one month, and has not abused any prescription medications for the past two weeks. He expressed hesitation about engaging in substance abuse treatment, but also verbalized his inability to control his substance abuse independently. Client was provided with substance abuse treatment options by Jennifer Maupin, LCSW.

Client admitted to recent, passive suicidal ideation in response to conflicts inside his marriage. Client denied any current suicidal ideation. He denied any past suicide attempts. He denied any current or past suicidal plans or intent. Client agreed to call the Crisis Line or 911 if he begins to feel actively suicidal.

Client admitted to a recent history of ruminating about murder, which began as a "fascination" with serial killers and their methods. Client expressed that he found himself thinking often about murder, in an analytical fashion, particularly ruminating about how one might go about killing a person and "get away with it." Client denied ever having any specific plans or intent to act on these thoughts. He denied having any violent urges or history of violence toward others. He admitted to having previously purchased items that would be used in the "transport and disposal" of a body, which he did not further identify, but has since disposed of these items. He denied any current access to weapons. He expressed multiple times that his fear of imprisonment prevents him from acting on these homicidal thoughts, which he characterized as a fantasy.

Due to client denying any current suicidal or homicidal plans or intent, hospitalization was not appropriate at this time. Client agreed to follow-up with this writer for individual counseling, until he may be linked to a community provider for long-term services. Client is scheduled to return in one week.

Following this meeting, this writer consulted with clinical director Dr. Bill Roberts to inform him of the situation.

**Signatures:**

Tom Miebach