UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DANIEL DENEEN, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF YINGYING ZHANG, DECEASED,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS G. MIEBACH, JENNIFER R. MAUPIN, and BRENDT A. CHRISTENSEN,<br><br>*Defendants*. | Case No. 2:19-cv-2149-CSB-EIL |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(B)(4)

Counsel for Defendants Thomas G. Miebach and Jennifer R. Maupin hereby certify that Defendants Thomas G. Miebach and Jennifer R. Maupin's Motion to Dismiss Plaintiff's Complaint was prepared using Microsoft Word for Windows and complies with the type volume limitation as set by Local Rule 7.1(B)(4). The Memorandum in Support of the Motion to Dismiss contains 43,255 characters and 6,728 words per the built-in character/word count of the word-processing system used to prepare this Memorandum.

Dated: August 19, 2019

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
John F. Gibbons*
Tiffany S. Fordyce*
Thomas J. Sotos*
Scott Dorsett*
* application for admission forthcoming
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400

*Attorneys for Defendants Thomas G. Miebach and Jennifer R. Maupin*

**CERTIFICATE OF SERVICE**

The undersigned certifies that **DEFENDANTS THOMAS G. MIEBACH AND JENNIFER R. MAUPIN'S CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(B)(4)** was served via this Court's ECF system on this 19th day of August, 2019 on the following counsel of record:

James C. Pullos
Clifford Law Offices, P.C.
120 N LaSalle St., Suite 3100
Chicago, IL 60602

By:   */s/ Gregory E. Ostfeld*
Gregory E. Ostfeld