E-FILED
Wednesday, 28 August, 2019 01:28:52 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DANIEL DENEEN, AS INDEPENDENT ADMINSTRATOR OF THE ESTATE OF YINGYING ZHANG, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS G. MIEBACH, JENNIFER R. MAUPIN, AND BRENDT A. CHRISTENSEN, <br><br> Defendants. | No.: 2:19-cv-2149-CSB-JEH |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

NOW COMES Plaintiff, DANIEL DENEEN, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF YINGYING ZHANG, DECEASED, by and through his attorneys, CLIFFORD LAW OFFICES, P.C., and moves this Court for an extension of time to respond to Defendants Miebach's and Maupin's motion to dismiss. In support, Plaintiff states as follows:

1. On June 7, 2019, Plaintiff filed his complaint on behalf of the Estate of Yingying Zhang against Defendants arising out of the disappearance and death of Yingying Zhang.

2. On August 19, 2019, Defendants Miebach and Maupin filed their joint motion to dismiss.

3. Plaintiff's response is due on September 3, 2019.

4. Plaintiff requests this Court to grant him an extension of thirty-five (35) days until October 8, 2019 to file a response to the motion to dismiss.

5. Defendants Miebach and Maupin do not oppose this motion.

6. Defendants will not be prejudiced by this extension.

7. This is Plaintiff's first request for an extension of time, and this extension will allow Plaintiff to fully respond to Defendants' arguments.

WHEREFORE, Plaintiff moves this Court to grant him an extension of time until October 8, 2019 to file a response to Defendants' motion to dismiss.

                                                      Respectfully submitted,

                                                      /s/ James C. Pullos
                                                      James C. Pullos

James C. Pullos
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., Suite 3100
Chicago, IL 60602
(312)899-9090
jcp@cliffordlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certified that **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**, was served via this Court's CM/EFC system on this 28th day of August, 2019 on all counsel of record and sent via U.S. Mail to Defendant Christensen at the following address:

Brendt Christensen
Livingston County Jail
844 W. Lincoln Street, #C
Pontiac, IL 61764

By: /s/ James C. Pullos
James C. Pullos