E-FILED
Thursday, 29 August, 2019  09:58:55 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Daniel Deneen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:19-cv-2149-CSB-EIL |
| Thomas G. Miebach, Jennifer R. Maupin, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Thomas G. Miebach and Jennifer R. Maupin                                                    .

Date:     08/29/2019

s/ John F. Gibbons
*Attorney's signature*

John F. Gibbons; 6190493
*Printed name and bar number*

Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
*Address*

gibbonsj@gtlaw.com
*E-mail address*

(312) 456-8400
*Telephone number*

(312) 456-8435
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Deneen | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:19-cv-2149-CSB-EIL |
| Thomas G. Miebach, Jennifer R. Maupin, et al. | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on  08/29/2019 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 all attorneys of record ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____ .

s/ John F. Gibbons
*Attorney's signature*

John F. Gibbons; 6190493
*Printed name and bar number*

Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
*Address*

gibbonsj@gtlaw.com
*E-mail address*

(312) 456-8400
*Telephone number*

(312) 456-8435
*Fax number*