IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL DENEEN, AS INDEPENDENT ADMINSTRATOR OF THE ESTATE OF YINGYING ZHANG, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.: 2:19-cv-2149-CSB-JEH |
| THOMAS G. MIEBACH, JENNIFER R. MAUPIN, AND BRENDT A. CHRISTENSEN, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

NOW COMES Plaintiff, DANIEL DENEEN, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF YINGYING ZHANG, DECEASED, by and through his attorneys, CLIFFORD LAW OFFICES, P.C., and moves this Court to enter the Proposed Confidentiality Order. In support, Plaintiff states as follows:

1. On June 7, 2019, Plaintiff filed his complaint on behalf of the Estate of Yingying Zhang against Defendants.

2. Plaintiff issued a subpoena to the University of Illinois Urbana-Champaign for various materials including records containing protected health information of Defendant Christensen.

3. To facilitate the production of these materials, the parties have agreed to the entry of the Proposed Confidentiality Order. See Proposed Order attached hereto as Exhibit A.

4. Due to the anticipated sensitivity of these materials, good cause exists to enter the Proposed Confidentiality Order.

WHEREFORE, Plaintiff moves this Court to enter the Proposed Agreed Protective Order.

Respectfully submitted,

/s/ James C. Pullos
James C. Pullos

James C. Pullos
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., Suite 3100
Chicago, IL 60602
(312)899-9090
jcp@cliffordlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certified that **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**, was served via this Court's CM/EFC system on this 28th day of August, 2019 on all counsel of record and sent via U.S. Mail to Defendant Christensen at the following address:

Brendt Christensen
Livingston County Jail
844 W. Lincoln Street, #C
Pontiac, IL 61764

By: /s/ James C. Pullos
James C. Pullos