Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Daniel Deneen**<br>**As Independent Administrator of the**<br>**Estate of Yingying Zhang, Deceased**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Thomas G. Miebach, Jennifer R. Maupin**<br>**and Brendt A. Christensen**<br><br>**Defendant.** | Case Number: 19-2149 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff Daniel Deneen's (as Independent Administrator of the Estate of Yingying Zhang, Deceased) claims brought pursuant to 42 U.S.C. § 1983 against Defendants Thomas G. Miebach and Jennifer R. Maupin are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED AND ADJUDGED** the Court relinquishes jurisdiction, pursuant to 28 U.S.C. § 1367(c)(3), over the Plaintiff's state-law claims for negligence against the Defendants Thomas G. Miebach and Jennifer R. Maupin and Plaintiff's state-law claim for battery against Defendant Brendt Christensen.

**Dated: 12/31/2019**

s/ Shig Yasunaga<br>
Shig Yasunaga<br>
Clerk, U.S. District Court